1006

### Leon BENOIT, Plaintiff-Appellant, v. DUBL–CUSHION EGG CARTON, Inc., Defendant-Appellee.

No. 200.

Circuit Court of Appeals, Second Circuit.
Jan. 23, 1939.

Samuel W. Banning, of Chicago, Ill. (Fred J. Bechert, of New York City, and Ephraim Banning, of Chicago, Ill., of counsel), for appellant.

Fritz Ziegler, of New York City, for appellee.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.
Decree affirmed.

### In the Matter of Joseph C. BROWNSTONE, Bankrupt.

### Joseph C. BROWNSTONE, Appellant, v. LAWYERS COUNTY TRUST COMPANY and American Credit Indemnity Co., Appellees.

No. 159.

Circuit Court of Appeals, Second Circuit.
Feb. 6, 1939.

Robert P. Levis, of New York City, for appellant.

Myers & Guerin, of New York City (Joseph K. Guerin, of New York City, of counsel), for appellees.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.
Order affirmed.

### Mattie CHAPPELL, Appellant, v. The MASSACHUSETTS PROTECTIVE ASSOCIATION, Incorporated, a Corporation, Appellee.

No. 4355.

Circuit Court of Appeals, Fourth Circuit.
Aug. 20, 1938.

Joseph M. Sanders, of Bluefield, W. Va., for appellant.

C. W. Strickling, of Huntington, W. Va., for appellee.

PER CURIAM.
Case entered dismissed without costs to either party as against the other, in accordance with agreement of attorneys under Rule 20.